**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE HAROLD CAMPBELL,<br><br>            Petitioner,<br><br>   v.<br><br>T. OCHOA,<br><br>            Respondent. | NO. CV 11-6766-JAK (MAN)<br><br>ORDER: ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

1     In addition, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court has considered whether a certificate of appealability is warranted in this case. *See* 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85, 120 S. Ct. 1595, 1604 (2000). The Court concludes that a certificate of appealability is unwarranted, and thus, it is DENIED.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 27, 2011

                                            JOHN A. KRONSTADT
                                UNITED STATES DISTRICT JUDGE