**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE HAROLD CAMPBELL, | ) NO. CV 11-6766-JAK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| T. OCHOA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Accepting Findings and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 27, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE